**United States District Court**
**Northern District of Illinois**

In the Matter of

USA                                                 Fugitive Judge *Fugitive Calendar

v.                                      Case No. 17-CR-00544-2

Jose Antonio Vivanco Hernandez                   Designated Magistrate Judge
                                                                  *By Lot - Non Designated Judge

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge *Fugitive Calendar. The reason for my recommendation are indicated on the reverse of this form.

_____
**Judge Ronald A. Guzman**

Date: Wednesday, December 14, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge *Fugitive Calendar.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Wednesday, December 14, 2022

District Reassignment - Named Judge

## Reason(s) For Recommendation:

- IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

...............................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge