UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE GOVERNMENT'S OMNIBUS MOTION TO WITHDRAW FORMER COUNSEL | No. [Identified in Exhibit A]<br><br>Hon. Virginia M. Kendall<br>Chief Judge |

### ORDER

The UNITED STATES OF AMERICA by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, having filed its Omnibus Motion to Withdraw Former Counsel, and having shown good cause in support of its motion, it is hereby ORDERED that the government is granted leave to withdraw the individuals identified in Exhibit A ("List of Former Government Counsel and Related Matters") as counsel for the United States in the matters identified in Exhibit A to this Order.

ENTER:

_____
Hon. Virginia M. Kendall
Chief Judge

DATE:  June 9, 2025

# Exhibit A

## List of Former Government Counsel and Related Matters

| Former Government Counsel | Case Number |
|---|---|
| Andrew Dixon | 1:03-cr-00242 |
| Andrew Dixon | 1:19-cr-00158 |
| Andrew Dixon | 1:19-cr-00744 |
| Andrew Dixon | 1:20-cr-00129 |
| Andrew Dixon | 1:20-cr-00130 |
| Andrew Dixon | 1:20-cr-00225 |
| Andrew Dixon | 1:20-cr-00385 |
| Andrew Dixon | 1:20-cr-00404 |
| Andrew Dixon | 1:20-cr-00418 *SEALED* |
| Andrew Dixon | 1:20-cr-00419 |
| Andrew Dixon | 1:21-cr-00501 |
| Andrew Dixon | 1:22-cr-00151 |
| Andrew Dixon | 1:22-cr-00279 |
| Andrew Dixon | 1:23-cr-00125 |
| Andrew Dixon | 1:23-cv-16521 |
| Benjamin Christenson | 1:19-cr-00280 |
| Benjamin Christenson | 1:22-cr-00140 |
| Benjamin Christenson | 1:22-cr-00675 |
| Benjamin Christenson | 1:23-cr-00016 |
| Benjamin Christenson | 1:23-cr-00338 |
| Benjamin Christenson | 1:23-cr-00339 |
| Benjamin Christenson | 1:23-cr-00340 |
| Benjamin Christenson | 1:23-cr-00411 |
| Benjamin Christenson | 1:23-cr-00507 *SEALED* |
| Benjamin Christenson | 1:23-cr-00523 *SEALED* |
| Benjamin Christenson | 1:23-cr-00533 |
| John Mitchell | 1:17-cr-00319 |
| John Mitchell | 1:17-cr-00522 |
| John Mitchell | 1:18-cr-00356 |
| John Mitchell | 1:19-cr-00553 *SEALED* |
| John Mitchell | 1:19-cr-00641 |
| John Mitchell | 1:20-cr-00288 |
| John Mitchell | 1:20-cr-00303 *SEALED* |
| John Mitchell | 1:20-cr-00573 |

| | |
|---|---|
| John Mitchell | 1:20-cr-00897 |
| John Mitchell | 1:20-cr-00898 *SEALED* |
| John Mitchell | 1:20-cr-00899 |
| John Mitchell | 1:21-cr-00182 |
| John Mitchell | 1:21-cr-00614 |
| John Mitchell | 1:22-cr-00006 *SEALED* |
| John Mitchell | 1:23-cr-00143 |
| John Mitchell | 1:23-cr-00277 |
| John Mitchell | 1:23-cr-00307 |
| Matthew Madden | 1:01-cr-00957 |
| Matthew Madden | 1:02-cr-00042 |
| Matthew Madden | 1:02-cr-00478 |
| Matthew Madden | 1:02-cr-00495 |
| Matthew Madden | 1:04-cr-00899 |
| Matthew Madden | 1:05-cr-00409 |
| Matthew Madden | 1:05-cr-00492 |
| Matthew Madden | 1:05-cr-00602 |
| Matthew Madden | 1:06-cr-00225 |
| Matthew Madden | 1:07-cr-00002 |
| Matthew Madden | 1:07-cr-00364 |
| Matthew Madden | 1:07-cr-00378 |
| Matthew Madden | 1:07-cr-00410 |
| Matthew Madden | 1:08-cr-00116 |
| Matthew Madden | 1:08-cr-00426 |
| Matthew Madden | 1:09-cr-00154 |
| Matthew Madden | 1:09-cr-00310 |
| Matthew Madden | 1:09-cr-00685 |
| Matthew Madden | 1:10-cr-00394 |
| Matthew Madden | 1:10-cr-00971 |
| Matthew Madden | 1:10-cr-01071 |
| Matthew Madden | 1:11-cr-00604 |
| Matthew Madden | 1:14-cr-00730 |
| Matthew Madden | 1:19-cv-07528 |
| Matthew Madden | 1:91-cr-00952 *SEALED* |
| Matthew Madden | 3:13-cr-50051 |
| Michelle Kramer | 1:05-cr-00471 |
| Michelle Kramer | 1:08-cr-00746 |
| Michelle Kramer | 1:09-cr-00669 |
| Michelle Kramer | 1:20-cr-00602 |
| Michelle Kramer | 1:20-cr-00812 |
| Michelle Kramer | 1:21-cr-00052 |
| Michelle Kramer | 1:21-cr-00152 |

| | |
|---|---|
| Michelle Kramer | 1:21-cr-00392 |
| Michelle Kramer | 1:22-cr-00115 |
| Michelle Kramer | 1:22-cr-00450 |
| Patrick Mott | 1:02-cr-00665 |
| Patrick Mott | 1:15-cr-00689 |
| Patrick Mott | 1:16-cr-00638 |
| Patrick Mott | 1:17-cr-00522 |
| Patrick Mott | 1:17-cr-00556 |
| Patrick Mott | 1:21-cr-00433 |
| Patrick Mott | 1:21-cr-00626 |
| Patrick Mott | 1:22-cr-00046 |
| Patrick Mott | 1:22-cr-00136 |
| Patrick Mott | 1:22-cr-00359 |
| Patrick Mott | 1:22-cr-00675 |
| Patrick Mott | 1:23-cr-00066 *SEALED* |
| Patrick Mott | 1:23-cr-00121 |
| Patrick Mott | 1:23-cr-00227 |
| Patrick Mott | 1:23-cr-00228 *SEALED* |
| Patrick Mott | 1:23-cr-00229 |
| Patrick Mott | 1:23-cr-00230 |
| Patrick Mott | 1:23-cr-00231 |
| Patrick Mott | 1:23-cr-00232 |
| Patrick Mott | 1:23-cr-00240 |
| Patrick Mott | 1:23-cr-00372 |
| Patrick Mott | 1:23-cr-00384 |
| Saurish Appleby-Bhattacharjee | 1:18-cr-00440 |
| Saurish Appleby-Bhattacharjee | 1:19-cr-00729 |
| Saurish Appleby-Bhattacharjee | 1:19-cv-07528 |
| Saurish Appleby-Bhattacharjee | 1:20-cr-00042 |
| Saurish Appleby-Bhattacharjee | 1:20-cr-00897 |
| Saurish Appleby-Bhattacharjee | 1:21-cr-00511 |
| Saurish Appleby-Bhattacharjee | 1:22-cr-00599 |
| Saurish Appleby-Bhattacharjee | 1:23-cr-00412 |
| Saurish Appleby-Bhattacharjee | 1:23-cr-00413 |
| Saurish Appleby-Bhattacharjee | 1:23-cr-00574 |
| Saurish Appleby-Bhattacharjee | 1:23-cr-00575 |
| Saurish Appleby-Bhattacharjee | 1:23-cr-00576 |
| Sean Franzblau | 1:03-cr-01075 |
| Sean Franzblau | 1:13-cr-00563 |
| Sean Franzblau | 1:13-cr-00950 |
| Sean Franzblau | 1:14-cr-00510 |
| Sean Franzblau | 1:17-cr-00234 |

4

| | |
|---|---|
| Sean Franzblau | 1:17-cr-00316 |
| Sean Franzblau | 1:17-cr-00457 *SEALED* |
| Sean Franzblau | 1:17-cr-00544 |
| Sean Franzblau | 1:17-cr-00556 |
| Sean Franzblau | 1:19-cr-00158 |
| Sean Franzblau | 1:19-cr-00192 |
| Sean Franzblau | 1:19-cr-00699 |
| Sean Franzblau | 1:19-cr-00700 *SEALED* |
| Sean Franzblau | 1:19-cr-00766 |
| Sean Franzblau | 1:20-cr-00741 *SEALED* |
| Sean Franzblau | 1:21-cr-00614 |
| Sean Franzblau | 1:22-cr-00143 |
| Sean Franzblau | 1:22-cr-00145 |
| Sean Franzblau | 1:22-cr-00621 |
| Sean Franzblau | 1:23-cr-00017 |
| Sean Franzblau | 1:23-cr-00555 |
| Sean Franzblau | 1:23-cr-00585 |